UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/2025

JANE DOE,

Plaintiff,

-against-

CHRISTIAN LARSEN, et al.,

Defendants.

25-CV-06020 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action. The Clerk of Court is directed to issue summonses as to Defendants Larsen; Ripple Labs, Inc.; and Jeanne Fugate.  Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses.[1]  If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

Dated: August 14, 2025
    New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that summonses be served within 90 days of the date the complaint is filed, the Court shall extend the time to serve until 90 days after the date the summonses are issued.