

King & Spalding LLP
1290 Avenue of the Americas
14th Floor
New York, New York  10104
Tel:  (212) 556-2100
Fax:  (212) 556-2222
www.kslaw.com

Damien Marshall
Partner
Direct Dial:  212-790-5357
Email: dmarshall@kslaw.com

November 24, 2025

<u>Via ECF</u>

The Honorable Margaret M. Garnett
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:     Doe v. Larsen et al., 1:25-cv-06020-MMG-JW (S.D.N.Y)

Dear Judge Garnett:

    This Firm represents Defendants Ripple Labs Inc. ("Ripple") and Mr. Larsen (collectively "Defendants").

    We write to oppose Plaintiff's Motion for Extension of Time, because we do not believe the motion is made in good faith.  *See* ECF No. 41.  In just the last two weeks in the California state proceeding, *Doe v. Larsen, et al.,* San Francisco Superior Court Case No. CGC-23-611166, Plaintiff has (a) filed a 50-page "renewed" motion to disqualify the judge presiding over that case attacking both Defendants and the California State Judiciary (which has already been denied), (b) violated the vexatious litigant order entered against her in California, (c) has refused to meet and confer, and (d) has generally continued to abuse the civil justice system.  Moreover, the request is procedurally infirm because Plaintiff did not meet and confer before filing the request.  This extension request, like all of Plaintiff's tactics, is designed to prolong her ability to harass Defendants.  Accordingly, Defendants oppose any extension.

Respectfully submitted,

*/s/ Damien Marshall*

Damien Marshall

Cc: Plaintiff Jane Doe (*via* mail & email)