Jane Doe
Address Confidentiality Program
P.O. Box 1110
Albany, NY 12201
Email: jgk246@gmail.com

November 17

> Plaintiff's motions to seal are **DENIED** as moot. The Clerk of Court is respectfully requested to close Dkt. Nos. 4 and 9.
> SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> November 21, 2025

The Honorable Margaret M. Garnett
Thurgood Marshall
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Doe v. Larsen et al., 1:25-cv-06020-MMG-JW (S.D.N.Y)

Withdrawal of Motion to Seal

Dear Judge Garnett:

Plaintiff respectfully writes to withdraw the previously submitted Motion to Seal in the above-referenced matter. The motion was docketed but never signed or acted upon by the Court.

The sealing materials were prepared solely in anticipation of service on Defendants. As service has now been completed, sealing is no longer necessary.

Accordingly, Plaintiff respectfully requests that the docket reflect that the Motion to Seal is withdrawn.

Thank you for the Court's time and consideration.

Respectfully submitted,

/s/ Jane Doe
Jane Doe

cc: Damien Marshall via email